UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EGDAL IRIBHOGBE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. CIV-24-1319-R |
| | ) |
| TERRANCE DICKERSON, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is Plaintiff Egdal Iribhogbe's Motion for Extension of Time [Doc. No. 22]. For good cause shown, the Motion is GRANTED. Plaintiff is hereby ordered to file an amended complaint by October 20, 2025. Additionally, the Clerk is ordered to send a copy of Plaintiff's original complaint to the current place of custody.

IT IS SO ORDERED this 29th day of August, 2025.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE